PUERTO-RICAN AMERICAN RUM CORP. v. R. H. MACY & Co., INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Breitel, JJ. [See 280 App. Div. 565.]

■

ARPAD NECESSORIES, INC., Appellant, v. HENRY SCIANNAMEA, Respondent. (Action No. 2.) HENRY SCIANNAMEA, Plaintiff, v. ARPAD NECESSORIES, INC., Defendant. (Action No. 1.) — Motion for reargument denied, with $10 costs and stay vacated. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ. [See *ante,* p. 671.]

■

MORRIS LAZAROFF v. NORTHWESTERN NATIONAL INSURANCE COMPANY OF MILWAUKEE, WISCONSIN.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ. [See *ante,* p. 672.]

■

In the Matter of EFEF ASSOCIATES, INC., Appellant, against JOSEPH D. MC-GOLDRICK, as State Rent Administrator and Constituting the Temporary State Housing Rent Commission, Respondent, and TENANTS COMMITTEE OF 90 RIVERSIDE DRIVE, Intervener, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with one bill of $10 costs and disbursements to the respondents. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See *ante,* p. 673.]

■

In the Matter of the Accounting of NATIONAL CITY BANK OF NEW YORK, as Trustee under the Trust Agreement Made by MARION E. L. BURKE, Respondent. GERTRUDE L. BURKE et al., as General Guardians of CLINTON F. BURKE, JR., and Another, Infants, Appellants; JOSEPH A. BAMBURY, as Guardian ad Litem for CLINTON F. BURKE, JR., and Another, Infants, et al., Respondents.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with one bill of $10 costs and disbursements to the respondents. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ. [See *ante,* p. 677.]

■

In the Matter of ABRAHAM KAPLAN, Appellant, against JOHN F. O'CONNELL et al., Constituting the New York State Liquor Authority, Respondents.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Breitel, JJ. [See *ante,* p. 46.]